## UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

| | | |
|---|---|---|
| TIMOTHY M. O'BRIEN<br>CLERK<br>E-MAIL: Tim_O'Brien@ksd.uscourts.gov<br>(913) 735-2220 | Kansas City, Kansas | 204 U.S.COURTHOUSE<br>401 N. MARKET<br>WICHITA, KS 67202 |
| KIM LEININGER<br>CHIEF DEPUTY CLERK<br>E-MAIL: Kim_Leininger@ksd.uscourts.gov<br>(913) 735-2205 | February 11, 2021 | 490 U.S.COURTHOUSE<br>444 NE QUINCY<br>TOPEKA, KS 66683 |

Clerk, U.S. Court of Appeals
  For the Tenth Circuit

**RECORD ON APPEAL**

District Court Case No.:   2:19-cr-20045-JAR-1

Circuit Appeal No.:   20-3246

The Record on Appeal is being transmitted via e-mail this date. The following sets out the contents of each volume (include page 2 if necessary):

Volume I        Pleadings - Docket Sheet and DE #'s 1, 38, 45, 46, 48, 51; Clerk's Certificate

Volume II       Restricted Transcripts - Abridged Docket Sheet and DE 59

Volume III      Sealed Documents - Abridged Docket Sheet and DE #'s 42, 49; other restricted documents (if applicable)

Sincerely,

TIMOTHY M. O'BRIEN
CLERK OF COURT

By: s/ Hilary Onik
Deputy Clerk

Cc: Counsel of Record (**SEE NOTICE OF ELECTRONIC FILING**)